```
McGREGOR W. SCOTT
United States Attorney
SAMANTHA S. SPANGLER
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2792
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No. 2:07-395 WBS |
|---|---|---|
| Plaintiff, | ) | STIPULATION AND ORDER CONTINUING HEARING RE |
| v. | ) | DISPOSITION OF PETITION FOR VIOLATION OF SUPERVISED RELEASE |
| NIYAH LYNETTE EDWARDS, | ) | DATE: January 22, 2008 |
| Defendant. | ) | TIME: 8:30 a.m. |
| | ) | COURT: Hon. William B. Shubb |

<u>Stipulation</u>

The parties hereto, through undersigned counsel, stipulate that the hearing regarding the disposition of the petition for violation of supervised release, scheduled for December 10, 2007, may be continued to January 22, 2008, at 8:30 a.m. The defendant's supervising Probation Officer needs more time to evaluate the defendant's progress and to prepare a dispositional memorandum. Defense counsel has authorized the prosecutor to sign this stipulation on her behalf.

DATED: December 7, 2007           McGREGOR W. SCOTT
                                  United States Attorney


                               by   /s/ Samantha S. Spangler
                                    Samantha S. Spangler
                                    Assistant U.S. Attorney

1

1     So stipulated.

2 DATED: December 7, 2007          DANIEL J. BRODERICK
                                      Federal Defender

3

4                             by    <u>/s/ Samantha S. Spangler   for</u>
                                              Caro Marks

5                                               Assistant Federal Defender
                                              Counsel for Niyah L. Edwards

6

7                                  <u>Order</u>

8     Good cause appearing, the hearing regarding the disposition of

9 the petition for violation of supervised release, scheduled for

10 December 10, 2007, shall be continued to January 22, 2008, at 8:30

11 a.m.

12     IT IS SO ORDERED.

13 DATED: December 7, 2007

14

15                   WILLIAM B. SHUBB
                  UNITED STATES DISTRICT JUDGE

16

17

18

19

20

21

22

23

24

25

26

27

28