# United States District Court
## Eastern District of California

| | |
|---|---|
| UNITED STATES OF AMERICA<br>v.<br>**NIYAH L. EDWARDS** | **JUDGMENT IN A CRIMINAL CASE**<br>(For **Revocation** of Probation or Supervised Release)<br>(For Offenses committed on or after November 1, 1987)<br>Criminal Number: **2:07CR00395-01**<br><br>Dennis Waks for Caro Marks, Asst. Fed. Defender<br>Defendant's Attorney |

## THE DEFENDANT:

[✔]   admitted guilt to violation of charge(s) __1 and 2__ as alleged in the violation petition filed on ___10-4-2007___.
[ ]   was found in violation of condition(s) of supervision as to charge(s) ___ after denial of guilt, as alleged in the violation petition filed on _____.

ACCORDINGLY, the court has adjudicated that the defendant is guilty of the following violation(s):

| Violation Number | Nature of Violation | Date Violation Occurred |
|---|---|---|
| 1 | Unlawful Use of a Controlled Substance | 6/29/2007, 7/5/2007, 7/6/2007, 7/20/2007, 7/24/2007, 8/2/2007, 8/7/2007, 8/21/2007, 8/24/2007, 9/4/2007 and 9/7/2007 |
| 2 | Failure to Participate in Drug Testing Program | 9/22/2007 and 9/23/2007 |

The court: [ ] revokes: [✔] modifies: [✔] continues under same conditions of probation heretofore ordered on __1/23/2006, with a modification as follows: the defendant shall participate in and complete the Center for Corrections Alternative Program (CCAP) for ninety (90) consecutive days, to commence as directed by the probation officer, including 24 hours of community service, and shall pay costs as determined by the probation administrator up to a maximum of $25 per day. The probationer shall follow the rules and regulations of the CCAP. While placed in the CCAP program, the probationer shall comply with the conditions of home detention. The probationer will remain at her place of residence except for employment, CCAP programs, and other activities approved in advance by the probationer's probation officer. The probationer will maintain telephone service at her residence without an answering device, call forwarding, a modem, caller ID, call waiting, or cordless telephone for the above period. The probationer shall wear an electronic monitoring device and follow electronic monitoring procedures as specified by the probation officer. The probationer shall pay the cost of electronic monitoring as determined by the probation officer.__.

The defendant is sentenced as provided in pages 1 through _1_ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

**Any previously imposed criminal monetary penalties that remain unpaid shall remain in effect.**

IT IS FURTHER ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.

February 4, 2008
Date of Imposition of Judgment

*[signature]*
Signature of Judicial Officer

**William B. Shubb, United States District Judge**
Name & Title of Judicial Officer

February 7, 2008
Date