```
 1  DANIEL J. BRODERICK, #89424
    Federal Defender
 2  LINDA C. HARTER, CA Bar #179741
    Chief Assistant Federal Defender
 3  Designated Counsel for Service
    801 I Street, 3rd Floor
 4  Sacramento, California 95814
    Telephone: (916) 498-5700
 5
    Attorney for Defendant
 6  NIYAH EDWARDS
 7
 8                    IN THE UNITED STATES DISTRICT COURT
 9                   FOR THE EASTERN DISTRICT OF CALIFORNIA
10
11  UNITED STATES OF AMERICA,      ) No. CR-S-07-395-WBS
                                   )
12              Plaintiff,         )
                                   ) WAIVER OF DEFENDANT'S PRESENCE
13       v.                        )
                                   )
14  NIYAH EDWARDS,                 )
                                   )
15              Defendant.         )
                                   )
16  _____)
17
18       Pursuant to Rule 43 of the Federal Rules of Criminal Procedure,
19  defendant, NIYAH EDWARDS, hereby waives the right to be present in
20  person in open court upon the hearing of any motion or other proceeding
21  in this case, including, but not limited to, when the case is set for
22  trial, when a continuance is ordered, and when any other action is
23  taken by the court before or after trial, specifically, appearances for
24  any hearing regarding modification of her conditions of supervised
25  release, except upon arraignment, plea, impanelment of jury and
26  imposition of sentence.
27       Defendant hereby requests the Court to proceed during every
28  absence of hers which the Court may permit pursuant to this waiver;
```

1 agrees that her interests will be deemed represented at all times by
2 the presence of her attorney, the same as if the defendant were
3 personally present; and further agrees to be present in court ready for
4 trial any day and hour the Court may fix in her absence.
5     The defendant further acknowledges that she has been informed of
6 her rights under Title 18 U.S.C. §§ 3161-3174 (Speedy Trial Act), and
7 authorizes her attorney to set times and dates under that Act without
8 her personal presence.
9     The original signed copy of this waiver is being preserved by the
10 attorney undersigned.
11 Dated: May 5, 2009

/s/ *Niyah Edwards*
NIYAH EDWARDS
(Original retained by attorney)

15     I agree and consent to my client's waiver of appearance.
16 Dated: May 1, 2009

/s/ *Linda C. Harter*
LINDA C. HARTER
Chief Assistant Federal Defender
Attorney for Defendant
THERESA CARR

21 IT IS SO ORDERED.
22 Dated: May 14, 2009

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE