```
 1  LAWRENCE G. BROWN
    Acting United States Attorney
 2  SAMANTHA S. SPANGLER
    Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, California 95814
 4  Telephone: (916) 554-2792
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No. 2:07-cr-395 WBS |
|---|---|---|
| Plaintiff, | ) ) | STIPULATION AND [~~PROPOSED~~] ORDER WITHDRAWING DEFENSE |
| v. | ) ) | MOTION AND DROPPING MATTER FROM CALENDAR |
| NIYAH LYNETTE EDWARDS, | ) ) | |
| Defendant. | ) ) | |

<u>Stipulation</u>

This matter was before the Court on Monday, May 18, 2009, for hearing on the defendant's motion to modify the conditions of her supervised release. That motion was the vehicle by which the defendant brought to the attention of the Court and the prosecutor the fact that the United States Bureau of Prisons had not credited her for the time she had spent in the custody of Sacramento County on charges which were dismissed and were therefore not credited against any other sentence, within the meaning of 18 U.S.C. § 3585(b). Both counsel and the Court expected that she would be given that credit. This matter was then continued to Tuesday, May 26, 2009, for further hearing to give the BOP more time to calculate

Ms. Edwards' release date, in light of information supplied by the prosecutor.

The BOP has now re-calculated Ms. Edwards' release date, giving her full credit for the time she spent in the County's custody. Her new release date is May 30, 2009, as reflected in Attachment A, which is a print-out of the Inmate Locator page on the BOP's web site.

Therefore, the parties now stipulate that Ms. Edwards' motion is withdrawn and the matter should be dropped from the Court's May 26, 2009, calendar. Ms. Harter has authorized Ms. Spangler to sign this stipulation on her behalf.

DATED: May 22, 2009
LAWRENCE G. BROWN
Acting United States Attorney

by  /s/ Samantha S. Spangler
Samantha S. Spangler
Assistant U.S. Attorney

DATED: May 22, 2009
DANIEL J. BRODERICK
Federal Defender

by  /s/ Samantha S. Spangler for
Linda C. Harter
Assistant Federal Defender
Counsel for Niyah Edwards

<u>Order</u>

Good cause appearing therefore, the Court hereby orders that the hearing scheduled in this matter for Tuesday, May 26, 2009, shall be dropped from calendar, as the motion has been withdrawn. IT IS SO ORDERED.

DATED: May 28, 2009

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE